## SUMMONS

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

SELECTIVE INSURANCE COMPANY OF )
SOUTH CAROLINA; )
            ) **13 MR 1456**
           Plaintiff, )
            ) Case No. _____
            )
        v. )
            ) **Please Serve:**
            ) **Target Corporation**
TARGET CORPORATION and ANGELA )  **c/o CT Corporation System**
BROWN, )  **208 S. LaSalle Street, Ste. 814**
            ) **Chicago, IL 60604**
          Defendants. )

**To each of the above-named defendants:**

      You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in this complaint.

      **This summons must be returned by the officer or other person to whom it was given for service, within endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.**

      **This summons may not be served later than 30 days after its date.**

SEAL
OF
COURT

WITNESS Keith Brin. Clerk of said Circuit Court, and the seal thereof at Waukegan, Illinois, this _____ day of JUL 3 0 2013 A.D., 20___

*Keith Brin*
KEITH BRIN, Clerk

Plaintiff's Attorney:
(or plaintiff, if he be not represented by attorney) Brian O Gallagher

Date of Service: **8/6/13**, 20___
(To be inserted by officer on a copy left with defendant or other person.)

Address J. D. Franklin, Curso, IC.
Telephone (312) 726-3860

Firm # - 45457

514-54\#302678

1


DEFENDANT'S EXHIBIT B